GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
ROSE LEDA EHLER (SBN 296523)
rose.ehler@mto.com
ALLYSON R. BENNETT (SBN 302090)
allyson.bennett@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Plaintiffs and
Counter-Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> vs. <br><br> VIDANGEL, INC., <br><br> Defendant and Counter-Claimant. | Case No. 16-cv-04109-AB (PLAx) <br><br> **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** <br><br> **DECLARATION OF ROBERT SCHUMANN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. André Birotte Jr. <br> Date: October 24, 2016 <br> Time: 10:00 a.m. <br> Crtrm.: 4 <br><br> Trial Date:    None Set |

# DECLARATION OF ROBERT SCHUMANN

I, Robert Schumann, declare as follows:

1. I have been retained by Plaintiffs as an expert in this litigation. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would testify competently to the facts stated herein.

2. I have worked in the computer and technology industry for the past 31 years. In 1985, I received a Bachelor of Science in Computer Science from Rochester Institute of Technology. Since that time, I have worked in various facets of the computer industry, in connection with the design and development of computer software, computer networking systems, computer automation, consumer electronics, large-scale database processing, physical and electronic Audio/Video distribution systems, digital security and other content-protection systems. During this time, I have been personally involved in and overseen the development and licensing of sophisticated technical specifications including work on industry-standard specifications for digital content processing and security; the design and development of software in a variety of computer languages, including C++; the design and development of consumer electronics products and devices, including hardware DVD players, web-based services and the integration and licensing of third-party software packages, technologies and associated technical specifications.

3. I have seventeen issued and pending United States Patents, many of which involve digital content protection and consumer products. I was a founding member of the Digital Watermarking Alliance, an industry trade group for digital watermarking, and have spoken extensively at trade shows and other professional venues on content security.

4. From August of 1999 until October 2008, I was President and General Manager of Cinea, Inc. Cinea specialized in developing and operating content

security solutions for digital content, particularly motion picture content. Among other products, Cinea developed and sold the SView DVD player for use in professional content production as well as distribution of screeners to highly controlled audiences. This was an enhanced, DVD CCA-licensed DVD player that incorporated a Cinea-proprietary content security system in addition to the Content Scramble System (CSS).

5. I have previously testified in three cases regarding the Content Scramble System and related technology: *Universal City Studios, Inc. v. Reimerdes*, No. 00-Civ.-0277 (LAK) (S.D.N.Y. 2000), *321 Studios, Inc. v. Metro Goldwyn Mayer Studios, Inc.*, No. C-02-1995-SI (N.D. Cal. 2004) and *RealNetworks, Inc. v. DVD Copy Control Association, Inc.*, 641 F. Supp. 2d 913 (N.D. Cal. 2009). I also testified in an arbitration as an expert on the online video industry on behalf of NBCUniversal and Hulu. Attached as Exhibit A is a copy of my resume.

6. The following analysis is based upon my professional experience with CSS, AACS and BD+, as well as my usage and testing of the VidAngel service. I have also reviewed associated design and development documents, VidAngel's Answer and Counter Complaint, and the deposition testimony of Neal Harmon. I have also reviewed the other documents identified in Exhibit B as well as any other documents referenced in this Declaration.

## The VidAngel Service

7. VidAngel is an online streaming service that allows customers to watch film and television content via the Internet on a variety of devices, including personal computers, iPads, mobile phones, and on their television through a device like Apple TV, Roku, or Google Chromecast. It also requires users to set at least one filter. The filters have the effect of muting audio content or skipping audiovisual content in categories specified by VidAngel and selected by the users. Based on my own investigation of the VidAngel service, documents provided by

1 | VidAngel and the deposition testimony of Neal Harmon, it is my professional
2 | opinion that VidAngel operates as follows.
3 |     8.    VidAngel delivers content to users by streaming that content over the
4 | Internet. In this context, "streaming" simply means the delivery of content to a
5 | user's device over the Internet. Here, VidAngel streams content to consumers
6 | using, among other technologies, a video content delivery protocol called HTTP
7 | Live Streaming, or HLS. Rather than using a single huge file, HLS divides the
8 | content into many short media segments, with each segment generally lasting
9 | between two and ten seconds and downloaded by the user's device individually. At
10 | the beginning of an HLS streaming session, the user's device downloads an index
11 | file, which provides the device a list of segment files that the device can then request
12 | and play in order to watch the content.
13 |     9.    VidAngel's filtering technology allows it to ▮▮▮▮▮▮▮▮▮▮
14 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 | ▮▮▮▮▮▮▮▮▮▮ Until the lawsuit was filed, one category of filterable content
18 | that VidAngel offered was skipping the opening or closing credits. ▮▮▮▮▮▮
19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 |     10.    When a user streams a movie or television show from VidAngel, the
21 | filtering technology ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
26 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
27 |     11.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
28 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1  ████████████████████████████████████████████
2  ████████████████████████████████████████████
3  ████████████████████████████████████████████
4  ████████████████████████████████████████████
5  ████████████████████████████████████████████
6  ████████████████████████████████████████████
7  ████████████████████████████████████████████
8  ████████████████████████████████████████████
9  ████████████████████████████████████████████
10 ████████████████████████████████████████████
11 ██████████████████████

12     12.   Based on my review of VidAngel's documents and the deposition testimony of Neal Harmon, I believe that ████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████

**VidAngel Obtains Plaintiffs' Content On DVDs And Blu-ray Discs**

13.   To implement its streaming service, VidAngel requires a digital copy of Plaintiffs' films and television content.  To acquire the digital version of a particular piece of content VidAngel purchases copies of Plaintiffs' movies and television shows on DVDs and Blu-ray discs, circumvents the digital content protection associated with the Blu-ray and DVD content and then copies that content onto its

servers. This process of removing content protection then copying the unprotected content is popularly referred to as "ripping."

14. A DVD, or "Digital Versatile Disc," is a high capacity digital storage medium, which can store data such as personal files, emails, etc. Depending on its configuration, a DVD can store up to a maximum of 18 gigabytes of data. By comparison, a typical audio CD will store about 700 megabytes of data. Since one gigabyte equals 1024 megabytes, a 9 gigabyte DVD holds many times more—more than 12 times more—data than a 700 megabyte CD.

15. DVDs' large capacities allow them to store motion pictures (movies). DVDs used to store motion pictures will most often hold approximately 9 gigabytes of data. Content on DVDs is stored in a Standard Definition format. This format is a relatively low-resolution format (640x480 pixels per frame) and thus provides a good picture but not a modern High Definition image.

16. Blu-ray discs are a newer high capacity storage medium. The term "blu-ray" refers to the blue laser that is used to read the disc. Blu-ray discs can store even more data than DVDs. A Blu-ray disc can store a maximum of 128 gigabytes of data, and, when used for motion pictures, will most commonly hold about 50 gigabytes—more than five times the storage capacity of the typical DVD. Content on Blu-ray discs is encoded in a high definition format, typically 1080P, which represents an image of 1920x1280 pixels per frame. Blu-ray discs have a significantly higher image quality than DVD discs due to their denser pixel count.

17. Subject to the security and encryption restrictions discussed below, both DVDs and Blu-ray discs are viewable either on a television (using a stand-alone DVD player or Blu-ray player) or on a computer with a DVD or Blu-ray drive and specialized playback software.

18. DVDs and Blu-ray discs offer many advantages over VHS cassettes, including a much better viewing experience, but they also make a more attractive target for individuals to copy their content without authorization. When one copies

1 the contents from a VHS tape, the quality of the copy is less than that of the original.
2 The same is not true for digital formats like DVDs and Blu-ray discs.  For those
3 formats, the copy and the original are of the same quality.  Further, digital copies are
4 much easier to distribute than analog copies.  Accordingly, a movie that has been
5 copied can easily be uploaded online and distributed around the world.  There are,
6 therefore, security measures that can be used for both DVDs and Blu-ray discs to
7 protect their contents.

8      19.     Based on my review of VidAngel's documents, my own review of the
9 VidAngel service, and the deposition testimony of Neal Harmon, I believe that
10 VidAngel almost always uses ▬▬▬▬▬ as the source of the digital copies rather
11 than ▬▬. This allows VidAngel to make higher quality copies of the movies and
12 television shows.  VidAngel will use ▬▬ as the source for their ripped content
13 only when ▬▬▬▬▬ are unavailable ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
14 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
15 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ *See* Ex. D.

### CSS Is An Effective Access-Control System For DVDs

17      20.     Plaintiffs in this case use the Content Scramble System ("CSS") in
18 order to protect their copyrighted works on DVDs.  CSS is a digital rights
19 management system that prevents access to—but not viewing of—digital copies of
20 works stored on DVDs in order to prevent effective copying.  Both DVD player
21 manufacturers and DVD content distributors can obtained authorization to use CSS
22 only through a license from the DVD Copy Control Association ("DVD CCA").  A
23 license allows a DVD player manufacturer to obtain the necessary requirements and
24 specifications for building a CSS-compliant DVD player (i.e., one that is capable of
25 lawfully accessing and playing a DVD that is protected by CSS) and for obtaining
26 access to the necessary "keys" that enable the content on a CSS-protected DVD to
27 be lawfully unscrambled.

28

21. CSS uses several layers of different types of protection mechanisms, including authentication, encryption, secure storage of encryption keys, time-variable session keys, and other technological measures. CSS works slightly differently depending on whether the user is using a computer or a standalone DVD player to access a DVD disc. Because I understand VidAngel to use a computer to circumvent CSS protections from DVDs, this declaration focuses on the aspects of CSS that control access to CSS-protected content with computers.

22. CSS has control measures that operate across three different mediums: the DVD disc itself, software players (players that are implemented primarily as software on computer systems) and the DVD drive (an optical DVD Disc reader that is capable of operating as an internal or peripheral component of a personal computer or other computing device). First, the data on the DVD disc is encrypted, with decryption "keys" stored in areas of the disc that are inaccessible without software that implements CSS. Second, the DVD drive provides an additional layer of protection. It requires authentication, which requires that receiving software programs are trustworthy, and uses other methods of encryption before it will transmit certain types of information from the disc.

23. For example, CSS provides for a "locking" mechanism, whereby a computer's DVD Drive will not allow access to CSS-protected content on a DVD disc unless and until the DVD Drive has confirmed that the software seeking access is an authentic CSS-compliant DVD player that can be trusted. If the DVD player software is unable to provide this authentication, indicating to the DVD drive that it is "safe" to release the DVD data, then the protected contents of the DVD will remain "locked" in the DVD drive.

24. CSS also utilizes encryption. Encryption selectively scrambles the video stream. Only devices that have access to the "decryption keys" can descramble the data. This encryption provides an additional layer of copy- and access-protection to the protection provided by the "locking" mechanism. Thus,

-8-

even if one were able to defeat the "locking" mechanism and gain unauthorized access to the protected files on the DVD disc, the data would be scrambled and thus neither viewable nor playable.

25.     In addition to encryption, CSS utilizes an "authentication" mechanism, which requires that an authorized player engage in a bi-directional dialogue with the DVD Drive before playing back the video content of a DVD disc.  This authentication mechanism further ensures that the DVD content cannot be played back unless such authentication with the DVD Drive is successful.  Authentication with the DVD Drive will fail if the DVD being played is not in the DVD Drive.

26.     Notably, the process described above allows a licensed-DVD player to enable the *viewing* of an authorized DVD's contents.  The DVD CCA license prohibits DVD players from copying, or enabling the copying of, the content on a CSS-protected DVD.

**AACS And BD+ Are Effective Access-Control Systems For Blu-ray Discs**

27.     In order to protect the copyrighted content on Blu-ray discs, all Plaintiffs use the Advanced Access Content System ("AACS"), and Twentieth Century Fox Film Corporation ("Fox") additionally uses BD+ protection for content on Fox's Blu-ray discs.  Like CSS, both AACS and BD+ effectively prevent access to the digital content on Blu-ray discs, while still allowing the viewing of that content through the use of licensed Blu-ray players.  Also similar to CSS, Blu-ray player manufacturers and Blu-ray content distributors can obtain authorization to use AACS and BD+ only through the authorized licensing organization.

28.     Like CSS, AACS uses a combination of encryption and authentication to protect the content on Blu-ray discs.  The content on a Blu-ray disc is encrypted. It can be decrypted only by using certain "keys," called "Title Keys."  Each Title Key is also encrypted, using a different key generated from the "Media Key" (which is necessary to decrypt the encrypted Title Key) stored on the Blu-ray disc, along with the encrypted Title Key.  The place where the Media Key is stored is called the

1  "Media Key Block."  In addition to storing Keys, the Media Key Block also
2  provides a mechanism whereby certain Blu-ray players can be prevented from being
3  able to play back content if the players become compromised.

4      29.    The Blu-ray disc also contains a Volume ID, which is an identifier
5  stored on the disc.

6      30.    In order to play content protected by AACS, licensed Blu-ray players
7  contain several "Device Keys" that allow the players to decrypt the content on the
8  Blu-ray disc.  First, the Blu-ray player must decrypt the Media Key Block, which
9  provides the player with the Media Key.  Second, the player must obtain the Volume
10 ID, which requires the player to have the correct certificate from the licensing body
11 that develops and licenses AACS (the Advanced Access Content System Licensing
12 Administrator ("AACS LA")).  Only by using both the Volume ID and the Media
13 Key can the player decrypt the Title Key, which is, in turn, used to decrypt the
14 encrypted content on the Blu-ray disc.

15     31.    In the absence of the appropriate keys and certificate, even if one were
16 able to copy the contents off a Blu-ray disc onto another storage device, the content
17 would still be encrypted.  Thus, the content would be neither viewable nor playable.
18 Nor would a user be able to manipulate this encrypted content, such as by editing
19 the content or changing the files from one format to another.

20     32.    BD+ is a second, optional, layer of protection that can be used on top of
21 AACS.  BD+ is a protection system that is implemented through the use of security
22 programs that are specific to a particular movie title (or a particular version of that
23 movie title) that are included on the Blu-ray disc.  Those programs are then read and
24 executed by a special BD+ software module, known as a "virtual machine," that is
25 included in licensed Blu-ray players.  When executed by the Virtual Machine, the
26 BD+ security programs can perform various functions, including determining
27 whether the Blu-ray player has been compromised.

28

33. In addition, when a disc is protected by BD+, the files on the disc can be scrambled in a way that is specific to the relevant title. The BD+ virtual machine then obtains the title-specific code from the disc as well as a "fix-up" table that allows the virtual machine to descramble the scrambled content. In the absence of a licensed Blu-ray player, the content would remain scrambled and could not be viewed or played.

34. A key feature of both the AACS and BD+ protection systems is the ability to dynamically change, over time, components of the system and thus allow content owners to continually update their security protocols. Thus, entities that seek to illegally remove AACS and/or BD+ protections from Blu-ray discs can do so only if they are also able to continually update their software.

**VidAngel Removes The Encryption From CSS-Protected DVDs And BD+ And AACS-Protected Blu-ray Discs And Copies The Unencrypted Contents To Its Internal Computer System**

35. As noted above, in order to obtain digital copies of Plaintiffs' content, VidAngel must copy that content off of DVDs and Blu-ray discs. VidAngel does so as follows:

36. Regardless of whether VidAngel uses DVDs or Blu-ray discs, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. In the ordinary course, however, those files would remain encrypted by CSS, AACS and/or BD+. Accordingly, even if VidAngel could copy the files, it could not view them, play them, or manipulate them. VidAngel admits that it uses a product called AnyDVD HD to remove CSS protection from DVDs and AACS and BD+ protection from Blu-ray discs.

37. VidAngel places the disc, whether it be a Blu-ray disc or a DVD ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ AnyDVD HD then runs in the background, circumventing the encryption from the DVD or Blu-ray disc. ▮▮▮▮▮▮▮▮▮▮

1 ███████████████████████████████████████
2 ████████████.

3   38. AnyDVD HD is a well-known, windows-based circumvention software that allows for read-access to DVDs protected by CSS and Blu-ray discs protected by AACS and BD+, in the process removing those protections from the Blu-ray and DVD discs.

   39. AnyDVD is currently sold by RedFox. RedFox is based in Belize. According to RedFox's website, RedFox is run by developers and staff members of the former company SlySoft,[1] whose owner was previously convicted in a foreign jurisdiction of providing tools to circumvent AACS encryption.[2] SlySoft, whose logo was a red fox, was shut down earlier this year due to "regulatory requirements."[3]

### **VidAngel Prepares The Digital Files Obtained From The DVD And Blu-ray Discs For Filtering And Streaming**

   40. After obtaining the digital contents of DVDs and Blu-ray discs, VidAngel prepares the content for filtering and streaming. ████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

---

[1] See "About," RedFox.bz available at https://www.redfox.bz/en/about.html (last visited Aug. 21, 2016).

[2] Slysoft DVD Ripper Owner Found Guilty in Criminal Action, TorrentFreek *available at* https://torrentfreak.com/slysoft-dvd-ripper-owner-found-guilty-in-criminal-action-140403/ (last visited Aug. 21, 2106).

[3] *See* Eric Bangeman, "DRM Defeaters Defeated? SlySoft Ceases Operations", ArsTechnica.com, *available at* http://arstechnica.com/tech-policy/2016/02/drm-defeaters-defeated-slysoft-ceases-operations/ (last visited Aug. 21, 2016); *see also* SlySoft, *available at* http://www.slysoft.com/ (last visited Aug. 21, 2016).

1. ██████████████████████████████
2. ██████████████████████████████
3. ████████████████████████
4. █ █ ████████████████████████
5. ██████████████████████████████
6. ████████████████████████
7. ██████████████████████████████
8. ██████████████████████
9. ██████████████████████████████
10. ████████████████████████████
11. ████████████████████████████
12. ██████████████████████████████
13. ████████████████████████████
14. ██████████████████████████
15. █ ████████████████████████
16. ████████████████████████████
17. ██████████████████████████████
18. ████████████████████████
19. █ .

### By Removing The Encryption From DVDs And Blu-Ray Discs And Allowing The Digital Content Of The Discs To Be Copied Onto A Computer In A Useable Format, VidAngel Circumvents The Technological Measures Designed To Prevent The Accessing And Copying of Copyrighted Content On DVDs And Blu-ray Discs

25. 43.   As described above, VidAngel not only accesses and copies files off of
26. DVDs and Blu-ray discs, but it does so in a way that allows the files to be viewed,
27. played, and edited.  None of those functions would be possible if CSS, AACS or
28. BD+ protections remained in place.  Rather, VidAngel uses the circumvention

DECLARATION OF ROBERT SCHUMANN
CASE NO. 16-CV-04109-AB (PLAX)

1  software, AnyDVD HD, to remove the encryption from DVDs and Blu-ray discs to
2  make a usable copy of the digital content on the discs.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on August 22, 2016, at Reston, Virginia.

*/s/*

Robert Schumann