GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
ROSE LEDA EHLER (SBN 296523)
rose.ehler@mto.com
ALLYSON R. BENNETT (SBN 302090)
allyson.bennett@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> vs. <br><br> VIDANGEL, INC., <br><br> Defendant and Counter-Claimant. | Case No. 16-cv-04109-AB (PLAx) <br><br> **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** <br><br> **DECLARATION OF ROSE LEDA EHLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> _____ <br><br> Judge: Hon. André Birotte Jr. <br><br> Date: October 24, 2016 <br> Time: 10:00 a.m. <br> Crtrm.: 4 <br><br> Trial Date: None Set |

I, Rose Leda Ehler, hereby declare:

1. I am an attorney with Munger, Tolles & Olson LLP, counsel for Plaintiffs in this matter. I am a member of the California Bar and am admitted to practice before this Court. I have knowledge of the matters set forth below based on my direct involvement in this matter or the direct involvement of other lawyers at my firm. If called as a witness, I could and would testify competently to the facts stated herein.

2. The parties agreed to exchange expedited discovery covering a number of mutually agreed categories in advance of Plaintiffs' Motion for Preliminary Injunction. Attached as Exhibit **A** are true and correct copies of a VidAngel Press Release and various advertisements produced by VidAngel. Also included within this exhibit are true and correct copies of screenshot printouts from various sites, including VidAngel's website (www.vidangel.com), YouTube (https://www.youtube.com/vidangel)[1], Facebook (https://www.facebook.com/VidAngel/) and Twitter (https://twitter.com/VidAngel/with_replies), that contain VidAngel advertisements and marketing messages. In these marketing materials, VidAngel compares its service with licensed legitimate on-demand streaming services and/or offers titles not available on on-demand streaming services and at a lower cost than such other services charge.

3. Attached as Exhibit **B** are true and correct copies of internal documents produced by VidAngel that discuss its marketing strategy of comparing itself to legitimate on-demand streaming services.

---

[1] Plaintiffs have included a slipsheet with a true and correct copy of a screenshot from "VidAngel ad with Matt Messe from Studio C" and hyperlink to https://youtu.be/9XOjdARr87I (last visited Aug. 21, 2016). If the Court would prefer, Plaintiffs will gladly submit DVDs containing copies of these videos for the Court's review.

-1-
DECLARATION OF ROSE LEDA EHLER I/S/O MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 16-CV-04109-AB (PLAX)

4.     Attached hereto as Exhibit **C** is a true and correct copy of a screenshot printout of VidAngel's Blog (http://blog.vidangel.com) containing a user comment that states: "I could watch Star Wars 7 on VidAngel (only filtering one small thing) for $1 before any other video streaming service had it available.  If you guys are allowed to rip, stream and resell DVDs, the other streaming services will want to do it too—it's only fair."  This document bears the Bates number PL0000394.

5.     Attached hereto as Exhibit **D** is a true and correct copy of a document produced by VidAngel in response to discovery requesting documents sufficient to show VidAngel's total number of users.  This document bears the Bates number D02374.

6.     Attached hereto as Exhibit **E** is a true and correct copy of an article downloaded from the internet, titled "VidAngel Streaming Service: Don't Like Offensive Content in Movies? No Problem" by Jim Probasco of Benzinga.  The article features an interview with VidAngel CEO, Neal Harmon, in which he says that, "if you charge people to use a filter, the market shrinks [from 47%] to less than 1% of Americans."  The document bears the Bates numbers PL0000531-33.

7.     Attached hereto as Exhibit **F** is a true and correct copy of a printout from the RedFox.bz website that explains the company was started by "former SlySoft developers and staff" and an article posted on *TorrentFreak* that explains that the owner of SlySoft had been "found guilty of providing tools to circumvent AACS encryption."

8.     Attached as Exhibit **G** are true and correct copies of screenshot printouts from various sites, including VidAngel's Blog, Facebook and Twitter that contain VidAngel marketing in which it highlights that it prices its service at $1 a

1  day. This low price is only because VidAngel does not pay licensing fees.
2  VidAngel has posted two videos to YouTube explaining its "buy-sellback" process.[2]

3      9.    Attached as Exhibit **H** is a true and correct copy of a screenshot
4  printout from VidAngel's Twitter page containing a user comment, asking why
5  VidAngel prices individual episodes of television series the same price as individual
6  motion pictures. VidAngel responds that they are "[w]orking on Season pricing."
7  The document bears the Bates number PL0000341.

8      10.    Attached as Exhibit **I** are true and correct copies of screenshot printouts
9  from various sites, including from Facebook, Twitter and YouTube[3], containing
10 VidAngel user comments, in which the commenters extoll the benefits of VidAngel
11 as compared to other on-demand streaming services, including that VidAngel
12 streams new releases, that it has titles not available on other streaming services, and
13 that VidAngel charges a lower price than those services. Also included are press
14 and blog articles from USA Today, Benzinga and ArtofBeingCheap.com discussing
15 VidAngel as a competitor to licensed on-demand streaming services.

16     11.    Attached as Exhibit **J** are true and correct copies of screenshot printouts
17 from various sites, including Facebook, Twitter, and VidAngel's website containing
18 marketing messages promoting VidAngel's addition of *Star Wars: The Force*

---

[2] Plaintiffs have included a slipsheet with true and correct copies of screenshots from "How $1 Movies Work on VidAngel Sellback" and hyperlink to https://youtu.be/wvcF4x1d0xo (last visited Aug. 21, 2016) as well as "How VidAngel $1 Movies Work in 15 Seconds" and hyperlink to https://youtu.be/map6EIP41bY (last visited Aug. 21, 2016). If the Court would prefer, Plaintiffs will gladly submit DVDs containing copies of these videos for the Court's review.

[3] Plaintiffs have included a slipsheet with a true and correct copy of a screenshot from "VidAngel – An Honest Review" and hyperlink to http://youtu.be/KG7xgmDHF40 (last visited Aug. 21, 2016). If the Court would prefer, Plaintiffs will gladly submit DVDs containing copies of these videos for the Court's review.

*Awakens* to VidAngel's list of available titles on April 5, 2016, and showing that it was available for streaming that day.

12. Attached as Exhibit **K** are true and correct copies of screenshot printouts from VidAngel's Facebook and Twitter pages, containing user comments and VidAngel's responses regarding VidAngel's decision to remove the auto-sellback feature and the credits filter.

13. Attached as Exhibit **L** are true and correct copies of screenshot printouts from VidAngel's Twitter page, containing user comments complaining about the quality of the viewing experience on VidAngel.

14. Attached as Exhibit **M** is a true and correct copy of a VidAngel Blog post, dated May 18, 2016, titled, "Is VidAngel's service legal?" The document bears the Bates numbers PL0000198-202.

15. Attached as Exhibit **N** are true and correct copies of screenshot printouts from various sites, including Facebook, Twitter, and VidAngel's Blog, showing VidAngel marketing new releases, including *The Revenant* (2015), *Zootopia* (2016), *Deadpool* (2016), *Kung Fu Panda 3* (2016), *Batman v. Superman: Dawn of Justice* (2016) and *Keanu* (2016).

16. Attached as Exhibit **O** are true and correct copies of VidAngel Blog posts, setting forth VidAngel's response to this lawsuit. The publications include advertisements for t-shirts representing the Plaintiffs as "Darth Mickey with the fox-tail on the broom." Another VidAngel Blog post describes this lawsuit as letters between "pen-pals."

17. Attached hereto as Exhibit **P** is a true and correct copy of a VidAngel blog post and accompanying user comments that discuss the "buy-sellback" transaction.

18. Attached hereto as Exhibit **Q** is a true and correct copy of a screenshot printout from Twitter, in which VidAngel posted that filtering "nudity/graphic

1  violence/f-bomb" from Fox's *Deadpool* omits only 14 minutes of total running time
2  from that motion picture.

3     19.    Attached hereto as Exhibit **R** is a true and correct copy of deposition
4  exhibit **10** from the August 11, 2016, deposition of Defendants' Rule 30(b)(6)
5  designee and CEO of VidAngel, Neal Harmon.

6     20.    Attached hereto as Exhibit **S** is a true and correct copy of deposition
7  exhibit **14** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

8     21.    Attached hereto as Exhibit **T** is a true and correct copy of deposition
9  exhibit **17** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

10    22.    Attached hereto as Exhibit **U** is a true and correct copy of deposition
11 exhibit **19** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

12    23.    Attached hereto as Exhibit **V** is a true and correct copy of deposition
13 exhibit **21** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

14    24.    Attached hereto as Exhibit **W** is a true and correct copy of deposition
15 exhibit **22** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

16    25.    Attached hereto as Exhibit **X** is a true and correct copy of deposition
17 exhibit **23** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

18    26.    Attached hereto as Exhibit **Y** is a true and correct copy of deposition
19 exhibit **26** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

20    27.    Attached hereto as Exhibit **Z** is a true and correct copy of deposition
21 exhibit **27** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

22    28.    Attached hereto as Exhibit **AA** is a true and correct copy of deposition
23 exhibit **30** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

24    29.    Attached hereto as Exhibit **BB** is a true and correct copy of deposition
25 exhibit **33** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

26    30.    Attached hereto as Exhibit **CC** is a true and correct copy of deposition
27 exhibit **37** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

28

31. Attached hereto as Exhibit **DD** is a true and correct copy of deposition exhibit **38** from the August 11, 2016, Rule 30(b)(6) deposition of Mr. Harmon.

32. Attached hereto as Exhibit **EE** are true and correct copies of excerpts from the August 11, 2016, deposition of Defendants' Rule 30(b)(6) designee and CEO of VidAngel, Neal Harmon.

33. Attached hereto as Exhibit **FF** is a true and correct copy of a screenshot printout from Twitter, in which a user comments: "@VidAngel and you took away censoring the end credits which was an easy choice if I didn't really want to censor anything!"

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.

4  Executed this 22nd day of August, 2016 in San Francisco, California.

_____
Rose Leda Ehler

-7-
DECLARATION OF ROSE LEDA EHLER I/S/O MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 16-CV-04109-AB (PLAX)