1  GLENN D. POMERANTZ (SBN 112503)
   glenn.pomerantz@mto.com
2  KELLY M. KLAUS (SBN 161091)
   kelly.klaus@mto.com
3  ROSE LEDA EHLER (SBN 296523)
   rose.ehler@mto.com
4  ALLYSON R. BENNETT (SBN 302090)
   allyson.bennett@mto.com
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
6  Los Angeles, California 90071-1560
   Telephone:  (213) 683-9100
7  Facsimile:   (213) 687-3702

8  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> vs. <br><br> VIDANGEL, INC., <br><br> Defendant and Counter-Claimant. | Case No. 16-cv-04109-AB (PLAx) <br><br> **DECLARATION OF KELLY M. KLAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. André Birotte Jr. <br> Date:   October 24, 2016 <br> Time:   10:00 a.m. <br> Crtrm.: 4 <br><br> Trial Date:    None Set |

I, Kelly M. Klaus, hereby declare:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Plaintiffs in this action. I have knowledge of the matters set forth below based on direct involvement of myself or other lawyers at my firm and, if called as a witness, I could and would testify competently to the facts stated herein.

2. Attached hereto as Exhibit A is the Certificate of Registration to the motion picture entitled, *Aladdin*, and bearing the U.S. Copyright Registration No. PA 583-905.

3. Attached hereto as Exhibit B is the Certificate of Registration to the motion picture entitled, *Beauty and the Beast*, and bearing the U.S. Copyright Registration No. PA 542-647.

4. Attached hereto as Exhibit C is the Certificate of Registration to the motion picture entitled, *Big Hero 6*, and bearing the U.S. Copyright Registration No. PA 1-923-820.

5. Attached hereto as Exhibit D is the Certificate of Registration to the motion picture entitled, *Finding Nemo*, and bearing the U.S. Copyright Registration No. PA 1-146-502.

6. Attached hereto as Exhibit E is the Certificate of Registration to the motion picture entitled, *Frozen*, and bearing the U.S. Copyright Registration No. PA 1-871-077.

7. Attached hereto as Exhibit F is the Certificate of Registration to the motion picture entitled, *Inside Out*, and bearing the U.S. Copyright Registration No. PA 1-949-250.

8. Attached hereto as Exhibit G is the Certificate of Registration to the motion picture entitled, *Monsters, Inc.*, and bearing the U.S. Copyright Registration No. PA 1-038-178.

9. Attached hereto as Exhibit H is the Certificate of Registration to the motion picture entitled, *The Good Dinosaur*, and bearing the U.S. Copyright Registration No. PA 1-969-623.

10. Attached hereto as Exhibit I is the Certificate of Registration to the motion picture entitled, *The Lion King*, and bearing the U.S. Copyright Registration No. PA 659-979.

11. Attached hereto as Exhibit J is the Certificate of Registration to the motion picture entitled, *Toy Story 3*, and bearing the U.S. Copyright Registration No. PA 1-688-323.

12. Attached hereto as Exhibit K is the Certificate of Registration to the motion picture entitled, *Up*, and bearing the U.S. Copyright Registration No. PA 1-635-067.

13. Attached hereto as Exhibit L is the Certificate of Registration to the motion picture entitled, *WALL-E*, and bearing the U.S. Copyright Registration No. PA 1-606-305.

14. Attached hereto as Exhibit M is the Certificate of Registration to the motion picture entitled, *Indiana Jones and the Kingdom of the Crystal Skull*, and bearing the U.S. Copyright Registration No. PA 1-597-330.

15. Attached hereto as Exhibit N is the Certificate of Registration to the motion picture entitled, *Indiana Jones and the Last Crusade*, and bearing the U.S. Copyright Registration No. PA 416-488.

16. Attached hereto as Exhibit O is the Certificate of Registration to the motion picture entitled, *Red Tails*, and bearing the U.S. Copyright Registration No. PA 1-775-333.

17. Attached hereto as Exhibit P is the Certificate of Registration to the motion picture entitled, *Star Wars: Episode I, The Phantom Menace*, and bearing the U.S. Copyright Registration Nos. PA 933-148 and PAU 2-364-926.

18. Attached hereto as Exhibit Q is the Certificate of Registration to the motion picture entitled, *Star Wars: Episode II, Attack of the Clones*, and bearing the U.S. Copyright Registration No. PA 1-072-580.

19. Attached hereto as Exhibit R is the Certificate of Registration to the motion picture entitled, *Star Wars: Episode III, Revenge of the Sith*, and bearing the U.S. Copyright Registration No. PA 1-271-265.

20. Attached hereto as Exhibit S is the Certificate of Registration to the motion picture entitled, *Star Wars: Episode IV, A New Hope*, and bearing the U.S. Copyright Registration Nos. PA 1-337-268.

21. Attached hereto as Exhibit T is the Certificate of Registration to the motion picture entitled, *Star Wars: Episode V: The Empire Strikes Back*, and bearing the U.S. Copyright Registration No. PA 72-282.

22. Attached hereto as Exhibit U is the Certificate of Registration to the motion picture entitled, *Star Wars: Episode VI, Return of the Jedi*, and bearing the U.S. Copyright Registration No. PA 172-810.

23. Attached hereto as Exhibit V is the Certificate of Registration to the motion picture entitled, *Star Wars: Episode VII, The Force Awakens*, and bearing the U.S. Copyright Registration No. PA 1-975-592.

24. Attached hereto as Exhibit W is the Certificate of Registration to the motion picture entitled, *Strange Magic*, and bearing the U.S. Copyright Registration No. PA 1-931-312.

25. Attached hereto as Exhibit X is the Certificate of Registration to the motion picture entitled, *Willow*, and bearing the U.S. Copyright Registration No. PA 397-211.

26. Attached hereto as Exhibit Y is the Certificate of Registration to the motion picture entitled, *Avatar*, and bearing the U.S. Copyright Registration No. PA 1-395-488.

27. Attached hereto as Exhibit Z are the Certificates of Registration to the television series entitled, *Firefly*, and bearing the U.S. Copyright Registration Nos. PA 1-097-185, PA 1-097-186, PA 1-110-455, PA 1-121-054, PA 1-110-953, PA 1-110-456, PA 1-097-187, PA 1-097-349, PA 1-110-954, PA 1-110-620, PAU 2-743-962, PA 1-121-057, PAU 2-771-565, and PAU 2-807-885.

28. Attached hereto as Exhibit AA is the Certificate of Registration to the motion picture entitled, *Home Alone*, and bearing the U.S. Copyright Registration No. PA 490-001.

29. Attached hereto as Exhibit BB is the Certificate of Registration to the motion picture entitled, *Ice Age*, and bearing the U.S. Copyright Registration No. PA 1-072-377.

30. Attached hereto as Exhibit CC is the Certificate of Registration to the motion picture entitled, *Independence Day*, and bearing the U.S. Copyright Registration No. PA 795-170.

31. Attached hereto as Exhibit DD is the Certificate of Registration to the motion picture entitled, *Life of Pi*, and bearing the U.S. Copyright Registration No. PA 1-813-312.

32. Attached hereto as Exhibit EE is the Certificate of Registration to the motion picture entitled, *Mrs. Doubtfire*, and bearing the U.S. Copyright Registration No. PA 659-812.

33. Attached hereto as Exhibit FF is the Certificate of Registration to the motion picture entitled, *Rio 2*, and bearing the U.S. Copyright Registration No. PA 1-889-875.

34. Attached hereto as Exhibit GG is the Certificate of Registration to the motion picture entitled, *The Martian*, and bearing the U.S. Copyright Registration No. PA 1-958-485.

35. Attached hereto as Exhibit HH is the Certificate of Registration to the motion picture entitled, *The Peanuts Movie*, and bearing the U.S. Copyright Registration No. PA 1-961-805.

36. Attached hereto as Exhibit II is the Certificate of Registration to the motion picture entitled, *The Revenant*, and bearing the U.S. Copyright Registration No. PA 1-968-552.

37. Attached hereto as Exhibit JJ is the Certificate of Registration to the motion picture entitled, *Argo*, and bearing the U.S. Copyright Registration No. PA 1-815-987.

38. Attached hereto as Exhibit KK, Part 1 are the Certificates of Registration to the television series entitled, *Arrow*, and bearing the U.S. Copyright Registration Nos. PA 1-397-684, PA 1-860-654, PA 1-397-685, PA 1-860-657, PA 1-397-686, PA 1-861-757, PA 1-397-687, PA 1-860-648, PA 1-397-688, PA 1-860-645, PA 1-397-689, PA 1-860-653, PA 1-397-690, PA 1-860-659, PA 1-397-702, PA 1-860-651, PA 1-397-692, PA 1-260-652, PA 1-397-691, PA 1-861-744, PA 1-397-701, PA 1-861-715, PA 1-397-700,

39. Attached hereto as Exhibit KK, Part 2 are the Certificates of Registration to the television series entitled, *Arrow*, and bearing the U.S. Copyright Registration Nos. PA 1-861-613, PA 1-397-698, PA 1-861-716, PA 1-397-699, PA 1-861-751, PA 1-397-697, PA 1-861-753, PA 1-397-696, PA 1-861-727, PA 1-397-695, PA 1-861-755, PA 1-397-693, PA 1-861-746, PA 1-397-694, PA 1-861-749, PA 1-397-487, PA 1-861-611, PA 1-397-488, PA 1-861-758, PA 1-397-486, PA 1-861-734, PA 1-397-485, and PA 1-861-759.

40. Attached hereto as Exhibit LL is the Certificate of Registration to the motion picture entitled, *Harry Potter and the Sorcerer's Stone*, and bearing the U.S. Copyright Registration No. PA 1-063-646.

41. Attached hereto as Exhibit MM is the Certificate of Registration to the motion picture entitled, *Iron Giant*, and bearing the U.S. Copyright Registration No. PA 707-197.

42. Attached hereto as Exhibit NN is the Certificate of Registration to the motion picture entitled, *Man of Steel*, and bearing the U.S. Copyright Registration No. PA 1-850-644.

43. Attached hereto as Exhibit OO is the Certificate of Registration to the motion picture entitled, *Pan*, and bearing the U.S. Copyright Registration No. PA 1-958-852.

44. Attached hereto as Exhibit PP is the Certificate of Registration to the motion picture entitled, *San Andreas*, and bearing the U.S. Copyright Registration No. PA 1-946-168.

45. Attached hereto as Exhibit QQ is the Certificate of Registration to the motion picture entitled, *The Dark Knight*, and bearing the U.S. Copyright Registration No. PA 1-606-857.

46. Attached hereto as Exhibit RR is the Certificate of Registration to the motion picture entitled, *The Intern*, and bearing the U.S. Copyright Registration No. PA 1-956-935.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22 day of August, 2016, at San Francisco, California.

                                       */s/ Kelly M. Klaus*
                                        KELLY M. KLAUS