NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION and WARNER BROS. ENTERTAINMENT, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> vs. <br><br> VIDANGEL, INC., <br><br> Defendant and Counter-Claimant. | Case No. 16-cv-04109-AB (PLAx) <br><br> [~~PROPOSED~~] **ORDER REGARDING STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIMS** <br><br> Judge: Hon. André Birotte Jr. <br><br> Ctrm: 4 <br><br> Trial Date:    None Set |

Upon consideration of the Parties' Stipulation To Extend Plaintiffs' Time To Respond To Defendant's Amended Answer and Affirmative Defenses to Complaint; and First Amended Counterclaims ("Amended Answer and Counterclaims"), and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

[1]    The time for Plaintiffs to answer or otherwise respond to Defendant's Amended Answer and Counterclaims is hereby extended from September 30, 2016, to and including October 14, 2016.

1        [2]    Plaintiffs' Motion for Preliminary Injunction, Dkt. No. 27, remains on
2  calendar for hearing on October 31, 2016, at 10:00 a.m., as per the Court's
3  September 16, 2016 Order, Dkt. No. 78.  There will be no hearing that day on
4  Plaintiffs' Motion to Dismiss Defendant's Original Counterclaims, Dkt. No. 35,
5  which Motion to Dismiss has been mooted by Defendant's amendment of its
6  Counterclaims.

8  DATED: September 21, 2016

9                                            THE HONORABLE ANDRÉ BIROTTE JR.