UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-04109-AB (PLAx) | Date: | November 10, 2016 |
|---|---|---|---|

| Title | Disney Enterprises, Inc. et al v. VidAngel Inc. |
|---|---|

Present: The Honorable    ANDRÉ BIROTTE JR.

| Ingrid Valdes | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order DENYING Motion for Leave to File Amicus Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction [126]**

      Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, "An amicus curiae must file its brief, accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed." *See* Fed. R. App. P. 29(e).  The amicus brief and motion of former U.S. Representatives John Hostettler and Spencer Bachus were filed on November 9, 2016, more than 30 days after the principal briefs were filed in this matter.  Therefore the motion for leave to file an amicus brief in opposition to Plaintiffs' motion for preliminary injunction is denied as untimely.

IT IS SO ORDERED.