Ryan G. Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Jaime Marquart (Bar No. 200344)
  jmarquart@bakermarquart.com
Scott M. Malzahn (Bar No. 229204)
  smalzahn@bakermarquart.com
Brian T. Grace (Bar No. 307826)
  bgrace@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Floor
Los Angeles, California 90067
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

Peter K. Stris (Bar No. 216226)
  peter.stris@strismaher.com
Brendan Maher (Bar No. 217043)
  brendan.maher@strismaher.com
Elizabeth Brannen (Bar No. 226234)
  elizabeth.brannen@strismaher.com
Daniel Geyser (Bar No. 230405)
  daniel.geyser@strismaher.com
STRIS & MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, California 90017
Telephone:  (213) 995-6800
Facsimile:   (213) 261-0299

David W. Quinto (Bar No. 106232)
  dquinto@VidAngel.com
3007 Franklin Canyon Drive
Beverly Hills, California 90210
Telephone:  (213) 604-1777
Facsimile:   (732) 377-0388

*Attorneys for Defendant and
Counterclaimant VidAngel, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION; AND WARNER BROS. ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> vs. | CASE NO. CV16-04109-AB (PLAx) <br><br> **VIDANGEL, INC.'S NOTICE OF APPEAL FROM ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION; REPRESENTATION STATEMENT** <br><br> **PRELIMINARY INJUNCTION APPEAL** |

| | |
|---|---|
| 1 | VIDANGEL, INC., |
| 2 | Defendant. |
| 3 | VIDANGEL, INC., |
| 4 | |
| 5 | Counterclaimant, |
| 6 | vs. |
| 7 | DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; |
| 8 | TWENTIETH CENTURY FOX FILM CORPORATION; AND WARNER BROS. ENTERTAINMENT, INC., |
| 9 | |
| 10 | Counterclaim Defendants. |

1
NOTICE OF APPEAL AND REPRESENTATION STATEMENT

## Notice of Appeal

Notice is hereby given that VidAngel, Inc. ("VidAngel"), defendant and counter-claimant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Plaintiff's Motion for Preliminary Injunction entered in this action on December 12, 2016 (Dkt. No. 144). A copy of that order from which VidAngel takes its appeal is attached as Exhibit A.

DATED: December 14, 2016        Respectfully submitted,

By: /s/ Jaime W. Marquart
Jaime W. Marquart
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Floor
Los Angeles, California 90067
(424) 652-7800
(424) 652-7850 (facsimile)

Attorneys for Defendant/Counterclaimant-Appellant VidAngel, Inc.

## Representation Statement

Pursuant to Circuit Rule 3-2(b) and Federal Rule of Appellate Procedure 12(b), the names, addresses and telephone numbers of the parties and their respective counsel are as follows:

**1. Defendant/Counterclaimant-Appellant VidAngel, Inc.**

Ryan G. Baker (Bar No. 214036)
*rbaker@bakermarquart.com*
Jaime Marquart (Bar No. 200344)
*jmarquart@bakermarquart.com*
Scott M. Malzahn (Bar No. 229204)
*smalzahn@bakermarquart.com*
Brian T. Grace (Bar No. 307826)
*bgrace@bakermarquart.com*
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Floor
Los Angeles, California 90067
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

Maxwell M. Blecher (Bar No. 26202)
*mblecher@blechercollins.com*
Donald R. Pepperman (Bar No. 109809)
*dpepperman@blechercollins.com*
Taylor C. Wagniere (Bar No. 293379)
*twagniere@blechercollins.com*
BLECHER COLLINS & PEPPERMAN, P.C.
515 S. Figueroa St., Suite 1750
Los Angeles, California 90071
Telephone:  (213) 622-4222
Facsimile:   (213) 622-1656

Peter K. Stris (Bar No. 216226)
*peter.stris@strismaher.com*
Brendan Maher (Bar No. 217043)
*brendan.maher@strismaher.com*
Elizabeth Brannen (Bar No. 226234)
*elizabeth.brannen@strismaher.com*
Daniel Geyser (Bar No. 230405)
*daniel.geyser@strismaher.com*
STRIS & MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, California 90017
Telephone:  (213) 995-6800
Facsimile:   (213) 261-0299

BAKER MARQUART LLP
2029 CENTURY PARK EAST, 16TH FLOOR
LOS ANGELES, CA 90067
Tel: (424) 652-7800 • Fax: (424) 652-7850

David W. Quinto (Bar No. 106232)
*dquinto@VidAngel.com*
VIDANGEL, INC.
3007 Franklin Canyon Drive
Beverly Hills, California 90210
Telephone: (213) 604-1777
Facsimile: (732) 377-0388

**2.  Plaintiffs/Counterdefendants-Appellees Disney Enterprises, Inc., LucasFilm Ltd., LLC, Twentieth Century Fox Film Corporation and Warner Bros. Entertainment, Inc.**

Glenn D. Pomerantz (Bar No. 112503)
*glenn.pomerantz@mto.com*
Kelly M. Klaus (Bar No. 161091)
*kelly.klaus@mto.com*
Rose Leda Ehler (Bar No. 296523)
*rose.ehler@mto.com*
Allyson R. Bennett (Bar No. 302090)
*allyson.bennett@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

DATED: December 14, 2016         Respectfully submitted,


By: /s/ Jaime W. Marquart
Jaime W. Marquart
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Floor
Los Angeles, California 90067
(424) 652-7800
(424) 652-7850 (facsimile)

Attorneys for Defendant/Counterclaimant-Appellant VidAngel, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4.7.2 on December 14, 2016.

/s/ Jaime W. Marquart
Jaime W. Marquart