UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-04109-AB (PLAx) | Date: | January 6, 2017 |

Title: Disney Enterprises, Inc. et al v. VidAngel Inc.

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Nichole Forrest |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Allyson Bennett | David W Quinto |
| Glenn D Pomerantz | |
| Rose Leda Ehler | |
| Kelly M Klaus | |

**Proceedings:** STATUS CONFERENCE RE EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY VIDANGEL SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE PRELIMINARY INJUNCTION ORDER [161]

Hearing held.  Court and counsel confer.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby GRANTS Plaintiffs' Ex Parte Application for the reasons stated on the record.

The Court holds VidAngel, Inc. in civil contempt of court and finds that an award of reasonable attorney's fees is justified in this matter.  The Court awards $10,231.20 in U.S. dollars to Plaintiffs' counsel.  VidAngel shall pay this amount to Plaintiffs' counsel on or before Monday, February 6, 2017.   IT IS SO ORDERED.