GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
ROSE LEDA EHLER (SBN 296523)
rose.ehler@mto.com
ALLYSON R. BENNETT (SBN 302090)
allyson.bennett@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VIDANGEL, INC.,<br><br>Defendant. | Case No. 16-cv-04109-AB (PLAx)<br><br>**STATUS REPORT PURSUANT TO IN CHAMBERS ORDER [DKT. 231] REGARDING STATUS OF PROCEEDINGS FOLLOWING VIDANGEL'S FILING OF CHAPTER 11 BANKRUPTCY PETITION [DKT. 229]**<br><br>Judge:      Hon. André Birotte Jr.<br>Crtrm.:     7B<br>Trial Date:  None Set |

Pursuant to the Court's October 31, 2017 Order (Dkt. 231), the parties respectfully submit the following report regarding the status of proceedings following Defendant VidAngel, Inc.'s ("VidAngel") filing of its Chapter 11 bankruptcy petition on October 18, 2017.  *See In re VidAngel, Inc.*, Bankruptcy No. 17-29073 (Bankr. D. Utah) (the "Utah Bankruptcy Action").

**UTAH DISTRICT COURT PROCEEDINGS**:

On August 31, 2017, VidAngel filed a declaratory judgment action in the District of Utah naming multiple defendants, including three who were later named as Plaintiffs in this Court (MVL Film Finance, LLC, New Line Productions, Inc. and Turner Entertainment Co.), various of Plaintiffs' corporate affiliates and distribution partners, and one unrelated entity.[1]  *See VidAngel, Inc. v. Sullivan Entm't Grp., et al.*, No. 17-cv-00989 DN (D. Utah.) (the "Utah District Court Action.").

On October 26, 2017, all but one of the defendants in the Utah District Court Action (the "Moving Defendants") moved to dismiss, transfer (to this Court), or stay the Utah District Court Action.  (Utah Dkt. 58).  That motion was fully briefed on December 11, 2017.  (Utah Dkts. 91, 99).  The Utah District Court has not yet scheduled oral argument or ruled on that motion.  Moving Defendants have asked the Utah Court to hold a status conference on that motion.  (Utah Dkt. 111).

**UTAH BANKRUPTCY COURT PROCEEDINGS**:

On November 8, 2017, the Plaintiffs herein (the "California Plaintiffs") moved the Utah Bankruptcy Court to dismiss VidAngel's bankruptcy petition as

---

[1] One of the distribution partners is MGM.  VidAngel asserts that it did not sue MGM because it is one of Plaintiffs' distribution partners.

having been filed or, in the alternative, to lift the automatic stay with respect to this Action. (Bankr. Dkt. 69). The Bankruptcy Court is holding that motion in abeyance pending the Utah District Court's decision on the Moving Defendants' motion to dismiss, transfer, or stay the Utah District Court Action. (Bankr. Dkt. 119).

On February 14, 2018, the California Plaintiffs filed proofs of claim in the Bankruptcy Court based on the "damages, as alleged in the California Action, in an amount to be determined by the California District Court." *See, e.g.*, Disney Enterprises Inc. Proof of Claim at 2 (Bankr. Dkts. Claim 7).

On February 15, 2018, VidAngel filed in the Bankruptcy Court an adversary complaint against the California Plaintiffs, seeking declaratory relief and the disallowance of those Plaintiffs' claims. VidAngel's adversary complaint also asserted against the California Plaintiffs the same claims for declaratory relief that VidAngel asserted in this Court, and that this Court dismissed without leave to amend. *See* Dkt. 199 at 18; No. 18-cv-00145-TS, Dkt. 2, at Ex. A (D. Utah).

Also on February 15, 2018, VidAngel filed with the Utah District Court a motion to withdraw VidAngel's adversary complaint from the reference to the Bankruptcy Court. *See VidAngel, Inc. v. Disney Enters., Inc.*, No. 18-cv-00145-TS, Dkt. 2 (D. Utah). The California Plaintiffs will file their response to VidAngel's motion to withdraw the reference on March 1, 2018.

**PROCEEDINGS IN THIS MATTER**:

Plaintiffs' motion for summary judgment on liability (Dkt. 222) is currently stayed.

On November 2, 2017, VidAngel filed its notice of appeal of this Court's partial final judgment dismissing VidAngel's second and third counterclaims (Dkt. 232). On February 12, 2018, VidAngel filed its opening brief in the Ninth Circuit. Plaintiffs' answer brief in the Ninth Circuit is due April 11, 2018.

| | | |
|---|---|---|
| 1 | DATED: February 28, 2018 | MUNGER, TOLLES & OLSON LLP |
| 4 | | By: */s/ Kelly M. Klaus*<br>KELLY M. KLAUS<br>Attorneys for Plaintiffs |
| 6 | DATED: February 28, 2018 | BAKER MARQUART LLP<br>DAVID QUINTO, VIDANGEL, INC. |
| 9 | | By: */s/ David Quinto*<br>DAVID QUINTO<br>Attorneys for Defendant |

**FILER'S ATTESTATION**

I, Kelly M. Klaus, am the ECF user whose identification and password are being used to file this **STATUS REPORT PURSUANT TO IN CHAMBERS ORDER [DKT. 231] REGARDING STATUS OF PROCEEDINGS FOLLOWING VIDANGEL'S FILING OF CHAPTER 11 BANKRUPTCY PETITION [DKT. 229]**. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatories concur in this filing.

DATED: February 28, 2018

                                               */s/ Kelly M. Klaus*
                                               KELLY M. KLAUS