# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; MVL FILM FINANCE LLC; NEW LINE PRODUCTIONS, INC.; and TURNER ENTERTAINMENT CO., <br><br>Plaintiff, <br><br>vs. <br><br>VIDANGEL, INC., <br><br>Defendant. | Case No.  16-cv-04109-AB (PLAx) <br><br>**ORDER DENYING *EX PARTE* APPLICATION FOR RELIEF FROM TIME LIMIT** |

   Defendant VidAngel, Inc.'s *ex parte* application for relief from the time limit is **DENIED**.  IT IS SO ORDERED.

Date: June 07, 2019            Signed: _____

                                           HON. ANDRE BIROTTE JR.

                                           UNITED STATES DISTRICT JUDGE