# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; MVL FILM FINANCE LLC; NEW LINE PRODUCTIONS, INC.; and TURNER ENTERTAINMENT CO., <br><br>Plaintiff, <br><br>vs. <br><br>VIDANGEL, INC., <br><br>Defendant. | Case No. 16-cv-04109-AB (PLAx) <br><br>**ORDER DENYING *EX PARTE* APPLICATION FOR RELIEF FROM TIME LIMIT** <br><br>Complaint Filed:   June 9, 2016 <br><br>Trial Date:          June 11, 2019 |

Defendant VidAngel, Inc.'s ex parte request (Dkt. No. 451) for reconsideration of the order granting in part Plaintiffs' Motion In Limine Number 1 is **DENIED**.

**IT IS SO ORDERED.**

Date: June 10, 2019            Signed: _____
                                HON. ANDRE BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE