1  GLENN D. POMERANTZ (SBN 112503)
   *glenn.pomerantz@mto.com*
2  KELLY M. KLAUS (SBN 161091)
   *kelly.klaus@mto.com*
3  BLANCA FROMM YOUNG (SBN 217533)
   *blanca.young@mto.com*
4  ROSE LEDA EHLER (SBN 296523)
   *rose.ehler@mto.com*
5  JULIANA MARIKO YEE (SBN 304564)
   *juliana.yee@mto.com*
6  STEPHANIE G. HERRERA (SBN 313887)
   *stephanie.herrera@mto.com*
7  ROWLEY RICE (SBN 313737)
   *rowley.rice@mto.com*
8  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
9  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
10 Facsimile:  (213) 687-3702

11 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; MVL FILM FINANCE LLC; NEW LINE PRODUCTIONS, INC.; and TURNER ENTERTAINMENT CO., <br><br> Plaintiffs, <br><br> vs. <br><br> VIDANGEL, INC., <br><br> Defendant. | Case No. 16-cv-04109-AB (PLAx) <br><br> **NOTICE OF FILING:** <br><br> **TRANSCRIPT EXCERPTS OF VIDEO DEPOSITION TESTIMONY ADMITTED AND PLAYED FOR THE JURY AT TRIAL** <br><br> Judge:  Hon. André Birotte Jr. <br> Trial:  June 11, 2019 <br> Ctrm:  7B |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Plaintiffs Disney Enterprises, Inc.,
3  Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation, Warner Bros.
4  Entertainment Inc., MVL Film Finance LLC, New Line Productions, Inc., and
5  Turner Entertainment Co. ("Plaintiffs") hereby provide notice and lodge transcripts
6  of deposition testimony admitted and played for the jury at trial:

7

8      The following portions of the March 5, 2019 Jarom McDonald deposition
9  were played at trial and admitted into evidence on June 12, 2019.  Attached as
10 **Exhibit A** are transcript excerpts reflecting the below testimony.

| Jarom McDonald Deposition Testimony Played At Trial |
| --- |
| **TESTIMONY PLAYED AT TRIAL** |
| 21:14 – 21:17 |
| 27:13 – 27:15 |
| 158:22 – 158:25 |
| 159:14 – 159:22 |
| 159:24 – 160:16 |
| 160:19 – 160:22 |
| 160:25 – 161:1 |
| 202:11 – 202:16 |
| 202:19 – 202:21 |
| 210:22 – 211:4 |
| 211:7 – 211:12 |
| 211:14 – 211:20 |
| 211:23 – 211:25 |
| 212:2 – 212:5 |

| Jarom McDonald Deposition Testimony Played At Trial |
|---|
| **TESTIMONY PLAYED AT TRIAL** |
| 217:22 – 218:6 |
| 239:3 – 239:4 |
| 239:7 – 239:8 |
| 239:10 – 239:13 |
| 240:19 – 240:20 |
| 240:23 – 240:24 |
| 241:8 – 241:10 |
| 241:13 – 241:15 |
| 241:21 – 242:2 |
| 242:5 – 242:11 |
| 245:22 – 246:11 |
| 246:14 – 247:10 |
| 260:22 - 261:1 |

The following portions of the August 11, 2016 Neal Harmon deposition were played at trial and admitted into evidence on June 12, 2019.  Attached as **Exhibit B** are transcript excerpts reflecting the below testimony.

| Neal Harmon Deposition 2016 Testimony Played At Trial |
|---|
| **TESTIMONY PLAYED AT TRIAL** |
| 281:15-17 |

The following portions of the October 11, 2018 Neal Harmon deposition were played at trial and admitted into evidence on June 12, 2019.  Attached as **Exhibit C** are transcript excerpts reflecting the below testimony.

| Neal Harmon 2018 Deposition Testimony Played At Trial |
| --- |
| **TESTIMONY PLAYED AT TRIAL** |
| 13:22-14:3 |
| 145:4-10 |

DATED: June 17, 2019

MUNGER, TOLLES & OLSON LLP

By:     /s/ *Kelly M. Klaus*

KELLY M. KLAUS
Attorneys for Plaintiffs