# ORIGINAL   DUPLICATE



FILED
CLERK, U.S. DISTRICT COURT

JUN 1 7 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   DISNEY ENTERPRISES, INC., et al.,    Case No. 2:16-cv-04109-AB (PLAx)

12              Plaintiffs,              **SPECIAL VERDICT FORM**

13        v.

14   VIDANGEL, INC.,

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    In answering these questions, you are to follow all the instructions the Court
2    previously gave you.  You must reach a unanimous decision for the following
3    questions as instructed below:

4
5    WE, THE JURY in the above-entitled action, unanimously find as follows on the
6    questions submitted to us:

7
**Part I: Statutory Damages for Copyright Infringement**
8

9    1.    Did Plaintiffs prove by a preponderance of the evidence that VidAngel
10         willfully infringed Plaintiffs' copyrights?
11         Yes  X        No  _____

12

13   *If you answered "Yes," proceed to Question 2. If you answered "No," skip Question 2*
14   *and proceed to Question 3.*

15
16   2.    What amount of statutory damages do you award for willful copyright
17         infringement? Your award must be not less than $750 or more than
         $150,000 per work.
18
19         $ ~~75,000 × 819 = 61,425,000~~ AA

20
21   *If you answered Question 2, skip Question 3 and proceed to Question 4.*

22   3.    What amount of statutory damages do you award for non-willful
23         copyright infringement? Your award must be not less than $750 or more
24         than $30,000 per work.

25
26         $_____

27   *Proceed to Question 4.*

28

2.

4.    Multiply the amount you awarded in Question 2 or 3 by 819 (the total number of works that were infringed). The total verdict for all copyright infringements is:

$ 61,425,000

*Proceed to Part 2.*

**Part II: Statutory Damages for Violation of the DMCA**

5.    Did VidAngel prove by a preponderance of the evidence that its violations of the DMCA were innocent?

Yes _____     No __X__

*If you answered "Yes" to Question 5, proceed to Question 6. If you answered "No" to Question 5, skip Question 6 and proceed to Question 7.*

6.    What amount of statutory damages do you award for VidAngel's innocent violations of the DMCA? Your award must be between $0 and $2,500 per act of circumvention.

$_____

*If you answered Question 6, skip Question 7 and proceed to Question 8.*

7.    What amount of statutory damages do you award for VidAngel's violation of the DMCA? Your award must be not less than $200 or more than $2,500 per act of circumvention.

$ 1,250

*Proceed to Question 8.*

3.

8.     Multiply the amount you awarded in Question 6 or 7 by 819 (the total number of violations). The total verdict for all violations of the DMCA is:

$    1,023,750

*Please sign and date this form.*

DATED:   6/17/19         SIGNED /s/ redacted signature

*__After this Special Verdict Form is completed and signed,__*
*__please deliver it to the bailiff.__*

4.