UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-04109-AB (PLAx) | Date: | August 23, 2019 |
|---|---|---|---|

| Title: | Disney Enterprises, Inc., et al. v. VidAngel Inc. |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| V.R. Vallery | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Kelly M. Klaus | Mark L. Eisenhut |
| Rose L. Ehler | David W. Quinto |
| Stephanie G. Herrera | |

**Proceedings:** **PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION [498]**

The Court and counsel confer as stated on the record.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.