UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; MVL FILM FINANCE LLC; NEW LINE PRODUCTIONS, INC.; and TURNER ENTERTAINMENT CO., <br><br> Plaintiffs, <br><br> vs. <br><br> VIDANGEL, INC., <br><br> Defendant. | Case No. 2:16-cv-04109-AB (PLAx) <br><br> **[~~PROPOSED~~] JUDGMENT** <br><br> Judge: Hon. André Birotte Jr. |

Pursuant Rules 54(b) and 58(b)(2) of the Federal Rules of Civil Procedure, JUDGMENT is hereby entered in favor of Plaintiffs Disney Enterprises, Inc., Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., MVL Film Finance LLC, New Line Productions, Inc., and Turner Entertainment Co. and against VidAngel, Inc., in the amount of $62,448,750.00.

IT IS SO ORDERED

DATED: September 23, 2019

_____
The Honorable André Birotte Jr.
United States District Judge