GLENN D. POMERANTZ (SBN 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
BLANCA FROMM YOUNG (SBN 217533)
blanca.young@mto.com
ROSE LEDA EHLER (SBN 296523)
rose.ehler@mto.com
JULIANA MARIKO YEE (SBN 304564)
juliana.yee@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
ROWLEY RICE (SBN 313737)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; LUCASFILM LTD. LLC; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; MVL FILM FINANCE LLC; NEW LINE PRODUCTIONS, INC.; and TURNER ENTERTAINMENT CO., <br><br> Plaintiffs, <br><br> vs. <br><br> VIDANGEL, INC., <br><br> Defendant. | Case No. 2:16-cv-04109-AB (PLAx) <br><br> **STIPULATION REGARDING STAY OF CASE PENDING DISMISSAL OF APPEALS** <br><br> **Lodged Concurrently: [Proposed] Order** <br><br> Judge:  Hon. André Birotte Jr. <br> Crtrm.:  7B |

Plaintiffs and Defendant (jointly "Parties") hereby stipulate as follows, subject to the approval of the Court:

WHEREAS, on July 31, 2020 Plaintiffs filed a motion for attorney's fees (the "Motion"), which is currently scheduled for hearing on October 9, 2020;

WHEREAS, the Parties have reached a settlement in the Chapter 11 bankruptcy proceedings before the United States Bankruptcy Court for the District of Utah ("Bankruptcy Court") that is expected to make the Motion moot;

WHEREAS, the Parties have been in touch with the Ninth Circuit Mediator regarding settlement and dismissal of the appeals, Nos. 19-56174 and 20-55352 arising from this case;

WHEREAS, the Ninth Circuit has entered an order requiring VidAngel to file a motion or a stipulation of dismissal on or before October 15, 2020, attached as Exhibit A to this stipulation;

WHEREAS, once the appeals are dismissed, the Parties anticipate filing a Notice of Settlement in this case which will moot the pending Motion;

WHEREAS, to avoid unnecessarily burdening the Court, the Parties agree there is good cause to stay the resolution of Plaintiffs' Motion pending dismissal of the appeals.

IT IS HEREBY STIPULATED between the Parties:

Once the appeals are dismissed, the Parties will file a Notice of Settlement, which, if filed, will moot Plaintiffs' Motion;

If a Notice of Settlement is not filed by October 23, 2020, the following hearing and briefing schedule will apply to Plaintiffs' Motion:

- VidAngel's Opposition due on November 6, 2020;
- Plaintiffs' Reply due on November 20, 2020;
- Hearing on December 4, 2020.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | | |
| 3 | | |
| 4 | DATED: September 16, 2020 | MUNGER, TOLLES & OLSON LLP |
| 5 | | |
| 6 | | By: */s/ Rose Leda Ehler* |
| 7 | | ROSE LEDA EHLER<br>Attorneys for Plaintiffs |
| 8 | | |
| 9 | DATED: September 16, 2020 | CALL & JENSEN |
| 10 | | |
| 11 | | |
| 12 | | By: */s/ Samuel G. Brooks* |
| 13 | | SAMUEL G. BROOKS<br>Attorneys for Defendant |

**FILER'S ATTESTATION**

I, Rose Leda Ehler, am the ECF user whose identification and password are being used to file this **STIPULATION REGARDING STAY OF CASE PENDING DISMISSAL OF APPEALS.**  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatories concur in this filing.

DATED: September 16, 2020

                                                */s/ Rose Leda Ehler*
                                                ROSE LEDA EHLER