1   KELLY M. KLAUS (SBN 161091)
    *kelly.klaus@mto.com*
2   ROSE LEDA EHLER (SBN 296523)
    *rose.ehler@mto.com*
3   MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, Fiftieth Floor
4   Los Angeles, California 90071
    Telephone:   (213) 683-9100
5   Facsimile:   (213) 687-3702

6   *Attorneys for Plaintiffs*

7

8

9

10                UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION

13

| | |
|---|---|
| 14   DISNEY ENTERPRISES, INC.;<br>LUCASFILM LTD. LLC;<br>15   TWENTIETH CENTURY FOX FILM<br>CORPORATION; WARNER BROS.<br>16   ENTERTAINMENT INC.; MVL FILM<br>FINANCE LLC; NEW LINE<br>17   PRODUCTIONS, INC.; and TURNER<br>ENTERTAINMENT CO.,<br>18<br>            Plaintiffs,<br>19<br>       vs.<br>20<br>   VIDANGEL, INC.,<br>21<br>            Defendant.<br>22 | Case No. 2:16-cv-04109-AB (PLAx)<br><br>**NOTICE OF SETTLEMENT OF MONETARY CLAIMS**<br><br>**PERMANENT INJUNCTION REMAINS IN FULL FORCE AND EFFECT**<br><br>Judge:  Hon. André Birotte Jr.<br>Crtrm.:   7B |

23
24        Plaintiffs and Defendant (jointly the "Parties") hereby provide notice of the

25   following:

26        1.    Plaintiffs and Defendant have entered into a Settlement Agreement and

27   agreed to the form of a Promissory Note, Security Agreement, and stipulated Joint

28   Plan of Chapter 11 Reorganization ("Plan") in connection with the chapter 11

                                              2:16-cv-04109-AB (PLAx)

bankruptcy case styled *In re VidAngel, Inc.*, Bankr. No. No. 17-29073 KRA (the "Bankruptcy Action")[1].

2.      The Settlement has been approved by the United States Bankruptcy Court for the District of Utah entered in at Docket No. 861 of the Bankruptcy Action;

3.      Pursuant to the Settlement, the monetary judgment for $62,448,750.00, entered September 23, 2019, in this action at Docket No. 525 (the "Monetary Judgment"), has been superseded by the Settlement, the Plan, Promissory Note, and the Security Agreement.  The Settlement Agreement provides that the Plaintiffs have agreed not to enforce the Monetary Judgment as follows:

> The Studios' proofs of claims in the Bankruptcy Case and the Monetary Judgment in the California Action will be superseded by this Settlement Agreement, the Plan, Note, and the Security Agreement after all of the following events have occurred:  (1) entry of the Approval Order and Confirmation Order and the occurrence of the Effective Date; (2) the dismissal of the appeals in the California Action; and (3) execution and delivery of the Note and the Security Agreement. After the foregoing events have occurred, the Studios will have the rights and remedies as provided for in the Settlement Agreement, the Plan, Note, and the Security Agreement and will not seek to enforce the Monetary Judgment in the California Court or any other court of competent jurisdiction.  The Studios will continue to have all rights and remedies under the Settlement Agreement, Plan, Note, and Security Agreement, including collecting on the balance of the Note (reflecting the full amount of the Studios Monetary Claims) if they prevail on an Enforcement Action.  The Studios will continue to have all rights and remedies under the Permanent Injunction.

4.      The Permanent Injunction issued pursuant to the Order Granting Plaintiffs' Motion for Permanent Injunction entered September 5, 2019, at Docket No. 520 (the "Permanent Injunction") remains in full force and effect and Plaintiffs retain all rights to enforce the Permanent Injunction.

5.      On September 30, 2020, and pursuant to the Parties' stipulation and Federal Rule of Appellate Procedure 42(b), the Ninth Circuit Court of Appeals entered dismissal of the appeals 19-56174 and 20-55-352.  Pursuant to the Parties'

---

[1] Defined terms not defined herein, but defined in the Settlement Agreement or Plan,

NOTICE OF SETTLEMENT

1  Stipulation, Dkt. 580, and corresponding Order, Dkt. 581, entered on September 18,

2  2020, this Notice of Settlement shall also serve as notice that Plaintiffs Motion for

3  Attorneys' Fees is moot.

4

5                                        Respectfully submitted,

6

7  DATED:  October 1, 2020              MUNGER, TOLLES & OLSON LLP

8

9

10                                      By:  ____/s/ Kelly M. Klaus____
                                             KELLY M. KLAUS

11                                      Attorneys for Plaintiffs

12

13  DATED:  October 1, 2020             CALL & JENSEN

14

15

16                                      By:  ____/s/ Samuel G. Brooks____
                                             SAMUEL G. BROOKS

17                                      Attorneys for Defendants

18

19

20

21

22

23

24

25

26

27

28  shall have the meanings set forth in those documents.

**FILER'S ATTESTATION**

I, Kelly M. Klaus, am the ECF user whose identification and password are being used to file this **NOTICE OF SETTLEMENT.**  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatories concur in this filing.

DATED:  October 1, 2020

*Kelly M. Klaus*

KELLY M. KLAUS