```
                                                              FILED
         UNITED STATES COURT OF APPEALS                    SEP 30 2020

             FOR THE NINTH CIRCUIT                       MOLLY C. DWYER, CLERK
                                                         U.S. COURT OF APPEALS
```

| DISNEY ENTERPRISES, INC.; et al., | Nos. 19-56174 |
| | 20-55352 |
| Plaintiffs-Appellees, | |
| | D.C. No. |
| v. | 2:16-cv-04109-AB-PLA |
| | Central District of California, |
| VIDANGEL, INC., | Los Angeles |
| Defendant-Appellant. | |
| | ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 29), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah Suk
Circuit Mediator

KS/Mediation